UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| WASHINGTON STATE INVESTMENT BOARD, | : | Civil Action No. 15-cv-03923 |
| | : | |
| | : | NOTICE OF WITHDRAWAL OF COUNSEL |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| PETRÓLEO BRASILEIRO S.A. – PETROBRAS, et al., | : | |
| | : | |
| Defendants. | : | |

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Justin S. Nematzadeh is no longer associated with Robbins Geller Rudman & Dowd LLP ("Robbins Geller") and should be removed from the Court's service list as counsel for the plaintiff. Robbins Geller continues to serve as counsel for the plaintiff, and as such, all future correspondence and papers in this action should continue to be directed to it.

DATED: June 1, 2015

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN

*/s/ Evan J. Kaufman*
Evan J. Kaufman

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
ekaufman@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DAVID C. WALTON
TRIG SMITH
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
davew@rgrdlaw.com
trigs@rgrdlaw.com

Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I, Evan J. Kaufman, hereby certify that on June 1, 2015, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Evan J. Kaufman*
Evan J. Kaufman