USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/26/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE PETROBRAS SECURITIES LITIGATION : No. 15-cv-3923 (JSR)
: STIPULATION
---
:
This Document Relates To: :
:
*Washington State Investment Board v. Petróleo* :
*Brasileiro S.A. - Petrobras, et al.*, No. 15-cv-03923 :
(JSR) :
---

## STIPULATION

This Stipulation is dated as of September 25, 2018 among (i) Petróleo Brasileiro S.A. – Petrobras ("Petrobras") and Petrobras Global Finance B.V. ("PGF") and (ii) Washington State Investment Board ("WSIB" or "Plaintiff") (collectively, the "Settling Parties"), in the above-referenced action. The Settling Parties agree as follows:

1. The Settling Parties entered into a binding agreement in principle on September 24, 2018 as to all material terms for the settlement of this action, such terms embodied in an unsigned Settlement Agreement drafted by the Settling Parties.

2. It is the intention and agreement of the Settling Parties to present the agreement internally for formal approval.

3. The Settling Parties respectfully request that the deadlines set by the Court be tolled for a period of 30 days to allow for the Settling Parties to formally approve the Settlement Agreement

1

Dated: September 25, 2018
New York, NY

          **ROBBINS GELLER RUDMAN & DOWD LLP**

          By: /s/ Thomas E. Egler

          Thomas E. Egler
          Trig R. Smith
          **Robbins Geller Rudman & Dowd LLP**
          655 West Broadway, Suite 1900
          San Diego, CA 92101
          Tel: 619-231-1058
          Fax: 619-231-7423
          Email: tome@rgrdlaw.com
                 trigs@rgrdlaw.com

          *Attorneys for Washington State Investment Board*

          **CLEARY GOTTLIEB STEEN & HAMILTON LLP**

          By: _____

          Lewis J. Liman
          Roger A. Cooper
          Joon H. Kim
          One Liberty Plaza
          New York, New York 10006
          Tel: 212-225-2000
          Fax: 212-225-3999
          lliman@cgsh.com
          racooper@cgsh.com
          jkim@cgsh.com

          *Attorneys for Defendants Petrobras and PGF*

It is SO ORDERED this 25th day of September, 2018, that (i) the deadlines set by the Court in the above-referenced action be tolled for a period of 30 days to allow the Settling Parties to formally approve the settlement agreement; and (ii) the Settling Parties are directed to contact the Court within three weeks to apprise it of the status of the settlement.

_____ U.S.D.J